UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JONATHAN FLORES GARCIA,<br><br>                Defendant. | CASE NO. MJ24-454<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with possession of conspiracy to distribute controlled substances. There is a presumption he is both a flight risk and a risk of danger to others. The Court finds Defendant has failed to overcome this presumption. Defendant has ties to the community as his parents and siblings live within the District. However, he is alleged to have transported 12 pounds of methamphetamine and was arrested during a controlled buy. The severity of the charges and strength of the case cut against release. Additionally, Defendant's criminal history starts in 2019. In his first offense, he violated conditions of probation and served jail time. In his second conviction he was placed on probation. During his probationary period he was charged in

DETENTION ORDER - 1

state court with a drug trafficking felony offense involving 3000 fentanyl pills. Defendant also has a warrant for a traffic offense that was issued after he failed to appear. Defendants performance in past criminal matters, apparent ongoing drug trafficking activities and the severity of the current charge all support denial of release.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 5th day of August, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2